UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**MICHAEL DAVIDIAK,**

    Plaintiff,

vs.

**MICHAEL J. ASTRUE,**
**COMMISSIONER of Social Security,**

    Defendant.

CV # 07-1737-AA

ORDER FOR EAJA FEES

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6900.80, pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412, shall be awarded to Plaintiff; made payable to and mailed to Plaintiff's attorney.

DATED this ___ day of January, 2009.

                    HON. ANN L. AIKEN
                    UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Linda Ziskin
**LINDA ZISKIN**, OSB # 01106
(503) 889-0472
Of Attorneys for Plaintiff